# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145302 & (49)(50)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

VIRGINIA CHAMBERLAIN and
LEEZARD INVESTMENTS, L.L.C.,
      Plaintiffs-Appellees,

v

SC: 145302
COA: 307817
Kent CC: 09-007287-CK

BILL MESSER, MESSER
ORTHOPEDICS-ROCKFORD, L.L.C.,
MESSER ORTHOPEDICS-PLAINFIELD,
L.L.C. and RESSEM, L.L.C., d/b/a
MESSER MOBILITY DETROIT,
      Defendants,

and

FREDDY E. SACKLLAH,
      Appellant.

_____/

      On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the April 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

Clerk

h1015